Matter of Goldstein

2026 NY Slip Op 02028

April 2, 2026

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Michael Jeffrey Goldstein, an Attorney. (Attorney Registration No. 2071926.)

Decided and Entered:April 2, 2026

PM-57-26

Calendar Date: March 30, 2026

Before: Garry, P.J., Reynolds Fitzgerald, Ceresia, Powers And Mackey, JJ.

Michael Jeffrey Goldstein, Scottsdale, Arizona, pro se.

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

[*1]

Per Curiam.

Michael Jeffrey Goldstein was admitted to practice by this Court in 1986 and lists a business address in Scottsdale, Arizona with the Office of Court Administration. Goldstein now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Goldstein's application.

Upon reading Goldstein's affidavit sworn to January 31, 2026 and filed February 2, 2026, and upon reading the March 24, 2026 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Goldstein is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.

Garry, P.J., Reynolds Fitzgerald, Ceresia, Powers and Mackey, JJ., concur.

ORDERED that Michael Jeffrey Goldstein's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further

ORDERED that Michael Jeffrey Goldstein's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further

ORDERED that Michael Jeffrey Goldstein is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Goldstein is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further

ORDERED that Michael Jeffrey Goldstein shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.